IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *and* **THE STATE OF GEORGIA** *ex rel.* **AMELIA CHAVOUS, KALYNNE DUNLAY,** *and* **GARY MOORE, JR.,**<br><br>Plaintiffs-Relators,<br><br>v.<br><br>**HEATH WEALTH SAFE, INC.** *et al.*,<br><br>Defendants. | Civil Action No.<br>1:22-CV-02553-LMM<br><br>**Filed under seal and** *ex parte* |

## The United States of America's
## Notice of Election to Intervene in Part

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America respectfully notifies the Court of its decision to intervene in this action consistent with the settlement agreement (the "Settlement Agreement") between the United States and defendants Health Wealth Safe, Inc., and Dr. Subodh Agrawal (collectively, "Health Wealth").

The United States intervenes as to claims asserted in this action against Health Wealth that are based on the "Covered Conduct," as defined in the Settlement Agreement. That agreement specifically provides as follows:

1

> The United States contends that it has certain civil claims against the Health Wealth Parties arising from them knowingly making or presenting, or causing to be knowingly made or presented, claims for reimbursement to the Medicare program for the provision of Remote Physiologic Monitoring Services between September 2019 and July 2021 using CPT codes 99454, 99457, and 99458 for patients who were using medical devices that did not have the connectivity required to submit bills for those CPT codes. This conduct is referred to below as the "Covered Conduct."

The United States declines to intervene in any remaining allegations asserted by the Relators in this action on behalf of the United States against Health Wealth or the other defendants.

After intervening, the United States intends to dismiss all claims on which it intervened. That dismissal notice will be filed at the same time as this intervention notice.

This case is currently under seal, except where the seal has been partially lifted by previous orders of this Court. The seal exists so that the United States can investigate qui tam complaints in secret. See 31 U.S.C. § 3730(b)(3). Now that the United States has made its intervention decision as to all defendants, the United States respectfully requests that the docket be unsealed except for the government's extension requests, which contain details about the government's investigation. The government filed extension requests on September 1, 2022; March 3, 2023; September 7, 2023; March 4, 2023; September 5, 2024; and March 6,

2025. The United States will file a proposed order that, if signed, will acknowledge the dismissal and lift the seal.

>Respectfully submitted,
>
>THEODORE S. HERTZBERG
>*United States Attorney*
>
>*s/ Anthony C. DeCinque*
>ANTHONY C. DECINQUE
>*Assistant United States Attorney*
>
>Georgia Bar No. 130906
>Anthony.DeCinque@usdoj.gov
>600 U.S. Courthouse
>75 Ted Turner Drive, S.W.
>Atlanta, GA 30303
>Ph: (404) 581-6000  Fx: (404) 581-6181
>
>*Counsel for the United States of America*

**Certificate of Compliance**

I hereby certify, pursuant to Local Rule 7.1(D), that the above memorandum was prepared in 13-point, Book Antiqua font.

*s/ Anthony C. DeCinque*
ANTHONY C. DECINQUE
*Assistant United States Attorney*

## Certificate of Service

I hereby certify that the above filing was served by email under Fed. R. Civ. P. 5(b)(2)(E), addressed to:

Chuck Byrd (cbyrd@griffindurham.com)
GRIFFIN DURHAM TANNER CLARKSON LLC
  75 14th St NE Ste 2250
  Atlanta, GA 30309

Elizabeth White (lizwhite@popemcglamry.com)
THE LAW OFFICE OF ELIZABETH WHITE LLC
  3715 Northside Pkwy NW Bldg 100, Suite 500
  Atlanta, GA 30327

Adeash AJ Lakraj (alakraj@theleachfinn.com)
THE LEACH FIRM
  631 S. Orlando Ave., Suite 300
  Winter Park, FL 32789

Joshua M. Russ (josh.russ@rm-firm.com)
Andrew O. Wirmani (Andrew.wirmani@rm-firm.com)
Allison N. Cook (allison.cook@rm-firm.com)
REESE MARKETOS LLP
  750 N. Saint Paul St., Ste. 600
  Dallas, Texas 75201-3201

Arnold A. Spencer (arnoldspencer75225@gmail.com)
SPENCER & ASSOCIATES
  5956 Sherry Lane, Suite 2000
  Dallas, Texas 75225

*Counsel for Relators*

None of these documents have been served on the Defendants because this case remains under seal.

This 24th day of June, 2025.

                                                         *s/ Anthony C. DeCinque*
                                                         ANTHONY C. DECINQUE
                                                         *Assistant United States Attorney*